JS-6
O

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL ANGEL PENA,<br><br>　　　　Petitioner,<br><br>　v.<br><br>DANIEL PARAMO, Warden,<br><br>　　　　Respondent. | Case No. CV 16-2076 JGB (SS)<br><br><br>**JUDGMENT** |

　　Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: June 20, 2017

　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　JESUS G. BERNAL
　　　UNITED STATES DISTRICT JUDGE